Lisa A. Brown, Bracewell & Giuliani, Houston, TX, for Defendants–Appellees.

Before REAVLEY, BARKSDALE and STEWART, Circuit Judges.

PER CURIAM: *

The judgment is affirmed. The magistrate judge explained to Mr. Ross that a student has no claim under Title VII and informed him that he would have to file a complaint stating facts justifying a claim under a federal statute. The magistrate judge again explained that a claim under the American Disabilities Act would have to state what a defendant did to him that would be a violation of the statute. Then Mr. Ross was given a final chance to explain his complaint or have his lawsuit dismissed. He failed to do this and his case was properly dismissed. His filing with this court fails to state a federal claim also. His help is not in a federal court.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

UNITED STATES of America,
Plaintiff–Appellee

v.

Osbaldo O. CORTEZ, Defendant–Appellant.

No. 06–51258.

United States Court of Appeals,
Fifth Circuit.

Jan. 9, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Henry Joseph Bemporad, Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before JOLLY, GARZA, and DENNIS, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that Appellant's unopposed motion to vacate sentence of the district court is GRANTED.

IT IS FURTHER ORDERED that Appellant's unopposed motion to remand case for resentencing is GRANTED.

---

* Pursuant to *5th Cir. R. 47.5,* the court has determined that this order should not be published and is not precedent except under the limited circumstances set forth in *5th Cir. R. 47.5.4.*

IT IS FURTHER ORDERED that Appellant's unopposed motion to issue the mandate forthwith upon entry of the court's opinion is GRANTED.